UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SARGENT LYSONS FAMILY TRUST, et al.,<br>Plaintiffs,<br>v.<br>THE CITY OF LIVERMORE, CALIFORNIA, et al.,<br>Defendants. | Case No. 25-cv-06962-KAW<br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND AND MOTION TO REMAND**<br>Re: Dkt. Nos. 29, 30 |

On October 19, 2026, Plaintiffs filed: (1) a motion to amend the complaint to remove all federal questions, and (2) a motion to remand the case to state court for lack of federal question jurisdiction.[1] (Dkt. Nos. 29, 30.) To date, Defendants have not filed an opposition.

The Court GRANTS the motions as unopposed. The amended complaint filed as Exhibit B to the Cullen Declaration (Dkt. No. 29-1 at 10-13) is deemed filed as of the date of this order. Because no federal claims remain in this case, the Court REMANDS the case to the County of Alameda Superior Court. The Clerk of the Court is directed to mail a certified copy of this order to the County of Alameda Superior Court pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated: November 18, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

[1] The case was originally removed on the basis of federal question jurisdiction. (*See* Not. of Removal ¶ 2, Dkt. No. 1.)

United States District Court
Northern District of California